**Edward DOWNEY, Jr., Appellant,**

v.

**STATE of Missouri, Respondent.**

**WD 78921**

Missouri Court of Appeals,
Western District.

FILED: August 9, 2016

Motion for Rehearing and/or Transfer
to Supreme Court Denied
September 20, 2016

Damien S. Loyola, Kanssa City for appellant.

Gregory L. Barnes, Jefferson City for respondent.

Before Victor C. Howard, Presiding Judge, Lisa White Hardwick, and Gary D. Witt, Judges

**ORDER**

Per Curiam

Edward Downey, Jr. appeals the dismissal of his Rule 24.035 motion for failure to timely file his *pro se* motion. For reasons explained in a Memorandum provided to the parties, we find no error and affirm

the dismissal of the motion for post-conviction relief.

AFFIRMED. Rule 84.16(b).